Brent V. Manning, Esq., ISB #2359
Chad R. Derum (Admitted Pro Hac Vice)
MANNING, CURTIS, BRADSHAW & BEDNAR LLC
170 South Main Street, Suite 900
Salt Lake City, UT 84101
Telephone:  (801) 363-5678
Facsimile:   (801) 364-5678

Ryan D. Nelson, Esq., ISB #8357
Joshua Chandler, Esq., ISB # 7756
Michael L. LaClare, Esq., ISB #7924
Melaleuca, Inc.
3910 South Yellowstone Ave.
Idaho Falls, ID 83402
Telephone:  (208) 522-0700
Facsimile:   (208) 534-2063

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO, EASTERN DIVISION

| | |
|---|---|
| MELALEUCA, INC., an Idaho corporation,<br><br>    Plaintiff,<br><br>- vs –<br><br>MAX INTERNATIONAL, LLC, a Utah limited liability company, KEN DUNN, an individual, DOES 1 through 25 and DOES 26 through 50,<br><br>    Defendants. | Case No. 4:09-cv-00572 - WFD<br><br>Judge William F. Downes<br>Magistrate Candy Wagahoff Dale<br><br>**PLAINTIFF MELALEUCA, INC.'S MOTION FOR ENTRY OF PROTECTIVE ORDER**<br><br>**EXPEDITED RELIEF REQUESTED** |

Pursuant to Fed. R. Civ. P. 26(c), Plaintiff Melaleuca, Inc. ("Melaleuca") submits this Motion for Entry of Protective Order.  In light of the Court's recent Case Management Order, which requires initial disclosures to be made on December 1, 2010 and pursuant to which discovery is now underway with firm deadlines, Melaleuca requests that the Court enter the

attached Protective Order to protect the parties' commercially sensitive and proprietary information in the litigation of this action. Swift attention to this important matter at this early stage of discovery is necessary so that the parties can comply with the discovery deadlines adopted by this Court in the Case Management Order without delay.

Max and Melaleuca previously agreed to a stipulated protective order in the case of *Melaleuca, Inc. v. Agren*, Case No. 090915350 in the District Court of the Third Judicial District in and for Salt Lake County, State of Utah, which is related to the facts giving rise to this action (the "Agren Protective Order"). Max produced over 600 documents under the *Agren* Protective Order. However, when Melaleuca asked Max to stipulate to the entry of a virtually identical protective order in this case, Max ignored that request for eight months, then suggested a revised protective order that imposes immense burdens on the parties' preparation for this litigation. Specifically, prior to disclosing certain documents to an expert, Max would require the parties to undertake a 17-day process, including the disclosure of the expert's employment history, disclosure of the expert's trial work for the last four years, and an ongoing obligation to disclose the expert's future consulting work, all of which is likely to result in further delay and require additional motion practice and litigation of issues that are collateral to this case. Max would also flatly prohibit the disclosure of documents that a party chooses to designate "Outside Counsel Eyes Only" to any witness, making it impossible to obtain testimony about such documents.

In contrast to these burdensome procedures, Melaleuca's proposed protective order allows disclosure to witnesses and experts only if they agree to be bound by the terms of the order. This fully protects the parties' information from unnecessary disclosure while allowing them to effectively investigate and litigate the claims at issue. Significantly, this is the same

process to which Max agreed and under which it has produced hundreds of documents in the *Agren* matter. The entry of Melaleuca's proposed order will also prevent delays in discovery caused by the lengthy process Max proposes and the additional litigation it invites, allowing the parties to meet the deadlines set forth in the Court's Case Management Order.

For the foregoing reasons, and as set forth in the accompanying Memorandum in Support, Melaleuca respectfully requests that the Court grant this Motion and enter the attached proposed Protective Order.

DATED this 1st day of December, 2010.

                      MANNING, CURTIS, BRADSHAW
                        & BEDNAR LLC

                      By:  /s/ Brent V. Manning
                           Brent V. Manning, Esq.
                           Chad R. Derum, Esq.
                           Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that on the 1st day of December, 2010, I electronically filed the foregoing **PLAINTIFF MELALEUCA, INC.'S MOTION FOR ENTRY OF PROTECTIVE ORDER** with the Clerk of the Court, using the CM/ECF system.  The following persons received a true and correct copy of the same in the manner indicated below:

| | |
|---|---|
| \_\_\_HAND DELIVERY | John N. Zarian |
| \_\_\_U.S. MAIL | Brook B. Bond |
| \_\_\_FAX TRANSMISSION | Zarian Midgley & Johnson PLLC |
| \_\_\_E-MAIL TRANSMISSION | University Plaza |
| \_x\_CM/ECF NOTICE | 960 Broadway Ave., Suite 250 |
| | Boise, ID 83706 |
| | Attorneys for Max International, LLC |

                                                /s/  Brent V. Manning